# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

GRANGE MUTUAL CASUALTY
COMPANY,

       Plaintif,

v.                                        Civil Action No. 1:13-cv-1294-JDB/egb

BRAD CROUCH and RODGER
COFFMAN, d/b/a C&C
CONSTRUCTION, JOHN H. ALLEN,
JOSH ALLEN and JOHN H. ALLEN
CONSTRUCTION CO., INC.,

       Defendants.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered on 7/18/2014, the Court declines to exercise discretionary jurisdiction in this matter.  The Defendant's motion to dismiss is GRANTED and this case is DISMISSED in its entirety without prejudice.

**APPROVED:**

                                                s/J. Daniel Breen
                                                **Chief Judge, United States District Court**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**